# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No. 1:26-cv-04841-KES-SAB-HC |
| Petitioner, | ORDER DIRECTING PETITIONER TO NOTIFY COURT REGARDING WITHDRAWAL OF EARLIER-FILED PRO SE PETITION |
| v. | |
| WARDEN OF CALIFORNIA CITY DETENTION FACILITY, et al., | ORDER DIRECTING PETITIONER TO FILE MOTION TO AMEND AND SETTING BRIEFING SCHEDULE |
| Respondents. | |

Petitioner is an immigration detainee proceeding with petitions for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**A. Multiple Pending Petitions**

On July 1, 2026, the Court issued an order regarding Petitioner's two petitions pending before this Court. The Court ordered Petitioner "to notify the Court regarding whether he wishes to withdraw his earlier-filed pro se petition" within seven days. (ECF No. 13 at 2.) To date, four weeks after the deadline, no notification has been received.

Petitioner has two habeas petitions pending before this Court: 2:26-cv-01215-KES-SAB and 1:26-cv-04841-KES-SAB. Petitioner is proceeding pro se in the earlier-filed matter and is represented by counsel in the later-filed action. "After weighing the equities of the case, the district court may exercise its discretion to dismiss a duplicative later-filed action, to stay that action pending resolution of the previously filed action, to enjoin the parties from proceeding

1

with it, or to consolidate both actions." Adams v. Cal. Dep't of Health Servs., 487 F.3d 684, 688 (9th Cir. 2007), overruled on other grounds by Taylor v. Sturgell, 553 U.S. 880, 904 (2008). "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'" Adams, 487 F.3d at 688 (quoting Walton v. Eaton Corp., 563 F.2d 66, 70 (3d Cir.1977) (en banc)). A plaintiff is required to bring at one time all of the claims against a party or privies relating to the same transaction or event. Adams, 487 F.3d at 693. The Court has discretion to dismiss a duplicative complaint with prejudice to prevent a plaintiff from "fragmenting a single cause of action and litigating piecemeal the issues which could have been resolved in one action." Id. at 694 (quoting Flynn v. State Bd. of Chiropractic Exam'rs, 418 F.2d 668, 668 (9th Cir.1969) (per curiam)).

### B. Amendment

On August 5, 2026, Petitioner filed an untimely traverse.[1] Therein, counsel states he erred "in including arguments relevant to the Deferred Action Class, but Claims One and Four to the Petition remain accurate, and Petitioner will separately amend Claims Two and Three of the Petition to clarify their applicability to the Pending Petition Class." (ECF No. 15 at 3 n.1.)

"The Civil Rule governing pleading amendments, Federal Rule of Civil Procedure 15, [is] made applicable to habeas proceedings by § 2242, Federal Rule of Civil Procedure 81(a)(2), and Habeas Corpus Rule 11[.]" Mayle v. Felix, 545 U.S. 644, 655 (2005). "A party may amend its pleading once as a matter of course" within "21 days after serving it, or . . . 21 days after service of a responsive pleading[.]" Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). As it has been more than 21 days since service of Respondents' responsive pleading, Petitioner may amend the petition only with the opposing party's written consent or the court's leave.

///

///

---

[1] Petitioner filed the traverse thirty-three days after the answer was filed. On June 26, 2026, the Court ordered that if "Respondents file an answer to the petition, Petitioner may file a traverse within 7 days of the date of service of Respondent's answer." (ECF No. 7.) Petitioner provides no explanation regarding the untimeliness of the traverse.

Accordingly, the Court HEREBY ORDERS that:

1. Within **SEVEN (7) days** of the date of service of this order, Petitioner SHALL notify the Court regarding whether he wishes to withdraw his earlier-filed pro se petition;

2. Within **FOURTEEN (14) days** of the date of service of this order, Petitioner SHALL FILE a motion to amend; and

3. Within **SEVEN (7) days** of the date of service of the motion to amend, Respondents SHALL FILE an opposition or statement of non-opposition.

IT IS SO ORDERED.

Dated:    **August 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

3